**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**

IN RE:   JOHN RAYMOND WOOTEN, JR.                    CASE NO.:   16-30842
        CASSANDRA ARLEEN WOOTEN                    CHAPTER 13

## POST-CONFIRMATION FEE ADDENDUM - APPLICATION & NOTICE FOR ATTORNEY=S FEES

        This Addendum is filed in compliance with 11 U.S.C." 330(a)(4)(B), 331, 503(b), 507(a)(2) & 1326(b)(1); Bankruptcy Rules 2002 & 2016.  The Standing Order Regarding ANo-Look@ Fees and Addendums in Chapter 13 Cases (Uniform Order), adopted by the Bankruptcy Judges of the Western District of Louisiana and filed September 19, 2013 applies to all cases filed on or after September 20, 2013.  The uniform order is not specifically effective for cases filed before that date, however if this case was filed before September 20, 2013, debtor=s counsel will use the amounts referenced therein for guidance as those amounts should be considered per se reasonable.  The amount contained in this application is set forth and noticed in the accompanying pleading and objections to same must be filed with the Clerk and serviced on the Trustee and Debtor=s attorney at least seven (7) days prior to the date set for the hearing on the accompanying matter.  Considering the facts and time involved in this particular matter, counsel for the debtor(s) makes the following election and request regarding compensation for representation in the above-captioned case:

**(1)**       **(X)**    **COUNSEL ELECTS THE PRESUMPTIVE ANO LOOK FEE.@**
Counsel for Debtor(s) hereby makes the Ano look@ election provided for in the **UNIFORM ORDER** for post-confirmation services set forth in same for a monetary sum not to exceed:

A) the fee for the defense of a motion for relief from stay, the fee for the defense of a motion to dismiss, or a plan modification will not to exceed $500.00;

B) the combined fee for the defense of a motion for relief from stay or motion to dismiss and for a plan modification resulting from the defense of a motion for relief or motion to dismiss will not to exceed $750.00; and

C) the fee for post-confirmation motions to sell or objection to claims will not exceed $350.00.

Per the **UNIFORM ORDER** the presumptive post-confirmation Ano-look@ compensation and reimbursement of advanced expenses fee applicable in this case is:

**(X)**    **$500.00 for the 1st Post Confirmation Amended Plan.**

**-OR-**

**(2)**       **(__)**    **COUNSEL ELECTS TO FILE A FEE APPLICATION IN LIEU OF THE ANO-LOOK@ FEE**
Counsel for Debtor(s) hereby acknowledges that the total compensation and expenses requested, may exceed the amounts contained in the Uniform Order and the no-look fee option set forth above should not apply.  Approval of compensation and expenses may require counsel to notice for a hearing a separate application for compensation and expenses.  Any fee application will comply with the bankruptcy code, rules and local rules.  Such election shall be referenced in the accompanying pleading.

Dated:   July 26, 2017               BY: /s/E. Orum Young
                                       E. Orum Young, #36099
                                       Attorney for the Debtor(s)